IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-02600-WYD-MJW

LUKE ALEXANDER,

Plaintiff(s),

v.

SIMM ASSOCIATES, INC., a Delaware corporation,

Defendant(s).

MINUTE ORDER

   Based upon the Notice of Settlement, DN filed with the Court on February 18, 2008,

   It is hereby ORDERED that the Stipulated Motion for Protective Order, DN 12, filed with the Court on February 15, 2008, is DENIED as MOOT.

   It is FURTHER ORDERED that the Scheduling Conference set on February 19, 2008, at 10:00 a.m., is VACATED. The parties shall submit their Joint Stipulated Motion for Dismiss of this case or a written status report to the court on or before March 3, 2008.

Date: February 19, 2008