IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-02600-WYD-MJW

LUKE ALEXANDER,

    Plaintiff,

v.

SIMM ASSOCIATES, INC., a Delaware corporation,

    Defendant.

---

ORDER OF DISMISSAL WITH PREJUDICE

---

    THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and being fully advised in the premises, it is hereby

    ORDERED that this case is **Dismissed with Prejudice**, with each party to pay his or its own attorney's fees and costs.

    Dated: March 7, 2008.

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  WILEY Y. DANIEL,
                                  UNITED STATES DISTRICT JUDGE